**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **HECTOR CEDENO TOALA** | **CIVIL ACTION NO. 1:26-CV-2262** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TIM MORGAN ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 11] is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Hector Cedeno Toala's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's motion for immediate release based on Respondents' untimely response is **DENIED AS MOOT**.

THUS, DONE AND SIGNED in chambers on this 23rd day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE